UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALLEN RUSSELL,<br><br>　　　　Petitioner,<br><br>v.<br><br>ROSEANN CAMPBELL,<br><br>　　　　Respondent. | 1:04-cv-06726-OWW-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 17)<br><br>**ORDER DENYING SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

　　Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

　　On December 13, 2005, the Magistrate Judge filed Findings and Recommendation that the Second Amended Petition for Writ of Habeas Corpus be DENIED. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendation.

1

1  //

2  /

3       In accordance with the provisions of 28 U.S.C. § 636
4  (b)(1)(C), this Court has conducted a *de novo* review of the case.
5  Having carefully reviewed the entire file, the Court concludes that
6  the Magistrate Judge's Findings and Recommendation are supported by
7  the record and proper analysis.
8       Accordingly, IT IS HEREBY ORDERED that:
9       1.   The Findings and Recommendation, filed December 13, 2005,
10 are ADOPTED IN FULL;
11      2.   The Second Amended Petition for Writ of Habeas Corpus is
12 DENIED; and,
13      3.   The Clerk of Court enter judgment.
14 IT IS SO ORDERED.
15 **Dated:   February 16, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                      UNITED STATES DISTRICT JUDGE

2